UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MANUEL CASARES, SR., | ) | No. CV 13-2294 JLS (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| WARDEN PARAMO, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 12, 2014

JOSEPHINE L. STATON
JOSEPHINE L. STATON
United States District Judge
